UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON LEE VERTZ,<br><br>                   Plaintiff,<br>   v.<br><br>EQUIFAX INFORMATION SERVICES LLC et al.,<br><br>                   Defendants. | CASE NO. 2:23-cv-00909-LK<br><br>ORDER DISMISSING DEFENDANT TRANS UNION LLC |

      This matter comes before the Court on the remaining parties' Stipulated Motion and Order for Dismissal as to Defendant Trans Union LLC. Dkt. No. 31. Pursuant to the parties' stipulation, Trans Union is dismissed with prejudice and without court-ordered fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

      Dated this 17th day of May, 2024.

                                                      Lauren King
                                                    United States District Judge